

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-14-00289-CR

| | | |
|---|---|---|
| The State of Texas | § | From County Criminal Court No. 4 |
| | § | of Tarrant County (1344184) |
| v. | § | March 19, 2015 |
| | § | Opinion by Justice Dauphinot |
| Scott Ellery Crawford Jr. | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. It is ordered that the suppression order of the trial court is reversed and this case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that Appellant The State of Texas shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Lee Ann Dauphinot_____
Justice Lee Ann Dauphinot